## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Charles Anderson,<br>    Plaintiff | : <br> : <br> : |
| vs. | :    Case No. 3:14-cv-1221 |
| National Credit Adjusters, LLC,<br>et.al.,<br>    Defendants | : <br> : <br> :    Honorable A. Richard Caputo |

### DEFAULT

AND NOW, this 4th day of September, 2014 default is hereby entered against Defendant(s), National Credit Adjusters, LLC, for failure to answer, plead or otherwise defend against the Complaint, pursuant to Federal Rule of Civil Procedure 55(a).

                                                               **MARIA E. ELKINS**
                                                          Clerk, U.S. District Court

September 4, 2014

                                                          _/s/ Gina Angeli-Kiese_
                                                          Deputy Clerk